**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KWAI FUN WONG; WU-WEI TIEN TAO ASSOCIATION,<br>*Plaintiffs-Appellants*,<br><br>v.<br><br>DAVID V. BEEBE, a former Immigration and Naturalization Service (n.k.a. Department of Homeland Security) Official; UNITED STATES OF AMERICA,<br>*Defendants-Appellees*. | No. 10-36136<br><br>D.C. No.<br>3:01-cv-00718-JO<br><br>ORDER |

On Remand From The United States Supreme Court

Filed July 13, 2015

Before: Alex Kozinski, Harry Pregerson, A. Wallace Tashima, M. Margaret McKeown, William A. Fletcher, Marsha S. Berzon, Richard R. Clifton, Jay S. Bybee, Carlos T. Bea, Milan D. Smith, Jr. and Mary H. Murguia, Circuit Judges.

## ORDER

In light of the Supreme Court's opinion affirming the judgment of this court and remanding for further proceedings, *see United States v. Kwai Fun Wong*, 135 S. Ct. 1625 (2015), we in turn **REMAND** this case to the district court for further proceedings consistent with the opinions of this court and the Supreme Court.